| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE           DATE: September 22, 2006
❏ BOND HEARING
❏ DETENTION HEARING            Digital Recording   4:03 - 4:31
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr223-MEF                    **DEFENDANT NAME:** Adam Lamar Robinson
**AUSA:** Verne Speirs                        **DEFT. ATTY:** Martin Adams** (IA only)
                                              Type Counsel: ( )Retained; () CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Tamara Martin
**Interpreter needed:** (  √  ) NO; (   )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest September 22, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing √ set for 9/28/06 at 10:00 a.m. |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | ARRAIGNMENT ❏ HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.     CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

** Attorney Martin Adams has not been able to make arrangements to represent defendant Adam Lamar Robinson.  Court will allow Mr. Adams to make limited appearance for initial appearance only.  Mr. Adams and defendant to discuss representation after this proceeding and Mr. Adams to file pleading with the court on Monday as to representation of Mr. Robinson.