# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

   vs.                                                                CR NO: 2:06cr223-MEF

ADAM LAMAR ROBINSON

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon the motion of the government, it is ORDERED that a detention hearing is set for 28 September 2006* at 10:00 a.m. before UNITED STATES MAGISTRATE JUDGE VANZETTA PENN MCPHERSON, Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 5A, One Church Street, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

DONE, this 25th day of September, 2006.

                                                                                         /s/ Susan Russ Walker
                                                                                        SUSAN RUSS WALKER
                                                                                        UNITED STATES MAGISTRATE JUDGE

---

    *If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.