IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr223-MEF |
| | ) |
| ADAM LAMAR ROBINSON | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given that Defendant Adam Lamar Robinson will be represented in this action by Thomas M. Goggans.

      **s/ Thomas M. Goggans**
      Ala. State Bar No. 2222-S45T
      2030 East Second Street
      Montgomery AL 36106
      PH: 334.834.2511
      FX: 334.823.1512
      e-mail: tgoggans@tgoggans.com

      Attorney for Defendant
      Adam Lamar Robinson

2

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 27th day of September, 2006, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: John T. Harmon, Verne H. Spiers, Richard K. Keith.

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45T
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Adam Lamar Robinson