MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 9/28/06                DIGITAL RECORDING: 10:01 - 10:18

DATE COMPLETED: 9/28/06

USA                                *

vs                                 *           2:06cr223-MEF

ADAM LAMAR ROBINSON
KAREN KILGO ROBINSON
                                   *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Verne Speirs | | Tommy Goggans - Adam Robinson |
| | | Richard Keith - for Karen Robinson |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   STATUS CONFERENCE

10:01 Court Convened
 Attorneys for both defendants ordered to confer regarding the financial affidavit of Mrs. Karen Kilgo Robinson and assets of the Robinson's family

10:04 Court discusses tentative date for the rescheduling of the Detention Hearing

10:08 Court in recess until attorneys complete discussions

10:15 Court Reconvened
 Attorney Richard Keith gives the Court a summary of Defendant Karen Kilgo Robinson's finances; BENCH CONFERENCE
 Counsel Richard Keith will remain as counsel for said defendant

10:18 Court Ordered Detention Hearing is rescheduled to 10/2/06 @ 2:00 p.m.
 **Received a Waiver of Speedy Trial from Karen Kilgo Robinson; Atty Keith will file a Motion to Continue case to 3/12/07 trial term**

Case 2:06-cr-00223-MEF-WC    Document 19    Filed 09/28/2006    Page 2 of 2