**COURTROOM DEPUTY MINUTES**  **DATE:** 9/28/06
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 10:18 - 10:20

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06cr223-MEF   **DEFT. NAME:** Adam Lamar Robinson

**USA:** Verne Speirs   **ATTY:** Tommy Goggans

Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

**USPTSO/USPO:**

Defendant ____ does ✓ ____ does NOT need an interpreter; NAME ____

- ☐ Kars.     Date of Arrest _____ or ☐ karsr40
- ☐ kia.      Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐          Deft. Advises he will retain counsel. Has retained _____
- ☐          Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐          Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐          **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.     ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
              ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.       Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐          Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.    **ARRAIGNMENT** SET FOR: _____ ✓ **HELD**. Plea of **NOT GUILTY** entered.
             ✓ Trial Term   3/12/07   ; ✓ **PRETRIAL CONFERENCE DATE:** 10/16/06 @ 9:00 am
             ✓ **DISCOVERY DISCLOSURES DATE:** 9/28/06
- ☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ✓ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**