MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery , Alabama

HON.   Vanzetta Penn McPherson

DATE COMMENCED: 10/2/06                    DIGITAL RECORDING: 2:30 - 3:44

DATE COMPLETED:   10/2/06

| USA | * | |
|---|---|---|
| vs | * | 2:06cr223-MEF |
| ADAM LAMAR ROBINSON | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Tommy Goggans -Adam Robinson |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

PROCEEDINGS:

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS:    DETENTION HEARING


SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |||
|---|---|---|
| Description | 2:06cr223-MEF: USA vs. Adam Lamar Robinson: Detention Hearing ||
| Date | 10/ 2 /2006 | Location |
| **Time** | **Speaker** | **Note** |
| 2 :30:17 PM | Court | Convenes; Witnesses Sworn; Rule Not Invoked |
| 2 :31:34 PM | Government | Calls 1st Witness Special Agent Tim Fitzpatrick; Witness testifies |
| 2 :42:10 PM | Defendant | Cross-Examines Witness |
| 2 :46:29 PM | Government | Re-Directs Witness |
| 2 :47:55 PM | Defendant | Further questions witness |
| 2 :48:30 PM | | Witness Excused |
| 2 :48:37 PM | Government | Calls 2nd Witness Eugene Allen Mattox, II; Witness testifies |
| 3 :21:04 PM | Defendant | Cross-Examines Witness |
| 3 :22:59 PM | Court | Questions Witness |
| 3 :29:40 PM | | Witness Excused |
| 3 :29:47 PM | Government | Calls 3rd Witness Tamara Martin; witness testifies |
| 3 :31:36 PM | Defendant | Cross-Examines Witness |
| 3 :32:18 PM | | Government Rests |
| 3 :32:27 PM | Defendant | Makes a Proffer to the Court regarding former employment |
| 3 :33:26 PM | Defendant | Calls 1st Witness Thomas Flowers; Witness testifies |
| 3 :35:24 PM | Government | Cross-Examines Witness |
| 3 :36:11 PM | Court | Questions Witness |
| 3 :37:07 PM | | Witness Excused |
| 3 :37:19 PM | Defendant | Calls 2nd Witness Jimmy W. Abernathy; Witness testifies |
| 3 :40:16 PM | Government | Cross-Examines Witness |
| 3 :41:57 PM | | Witness Excused |
| 3 :42:07 PM | | Defendant Rests |
| 3 :42:26 PM | Court | Questions Defendant's attorney regarding Mr. Robinson's employment; Questions Government regarding defendant's prior convictions |
| 3 :44:17 PM | Court | Defendant should be detained; Order will be issued by the Court |
| 3 :44:54 PM | | Court in Recess |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

USA                                     *
                                        *        2:06cr223-MEF
VS.                                     *
                                        *
ADAM LAMAR ROBINSON

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| 1. Tim Fitzpatrick | 1. Thomas Flowers |
| 2. Eugene Allen Mattox, II | 2. Jimmy W. Abernathy |
| 3. Tamara Martin | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |