COURTROOM DEPUTY'S MINUTES        DATE: 10/16/06

MIDDLE DISTRICT OF ALABAMA        Digital Recording: 9:20 - 9:27

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson
                                                                                                      Adam Robinson
**CASE NUMBER:** 2:06cr223-MEF        **DEFENDANT(S):** Karen Kilgo Robinson

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne H. Speirs | * Thomas Goggans-Adam Lamar Robinson<br>* Richard Kelly Keith-Karen Kilgo Robinson | |

❏ **DISCOVERY STATUS:**

❏ **PENDING MOTION STATUS:**    Motion to Continue Pretrial Motions Deadline
                                          And Change of Plea Deadline

       Court to issue an Order to RESET deadlines to 11/13/06 for both defendants

❏ **PLEA STATUS:**            No Discussions of Pleas

❏ **TRIAL STATUS**            3/12/07 Trial Term
                             4 Days for Trial

❏ **REMARKS:** Courtroom Deputy to confer with the USMS to determine if anyone discussed Ms. Robinson's inability to visit with Mr. Robinson; Visitation has not been disallowed by Magistrate Judge's Court Order