IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON | ) | |

**ORDER**

The court conducted a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f) on 16 October 2006, receiving evidence regarding the defendant's release or detention. Based upon the evidence presented, it is

ORDERED that the defendant shall be DETAINED pending his trial in the custody of the United States Marshal.

The evidence, which was largely uncontroverted, established by a preponderance that the defendant had the means and the apparent desire to create explosive devices in his home where he lived with his wife, and that he did so. Thus, the court concludes that there are no conditions or combination of conditions which will reasonably guarantee the safety of the community or indeed the defendant himself. The defendant poses a substantial and life-endangering menace to society; thus he should be detained pending his trial.

DONE this 23rd day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE