IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON | ) | |
| KAREN KILGO ROBINSON | ) | |

**ORDER**

As stated in open court on October 16, 2006, and for good cause, it is

ORDERED that the motion to continue (doc. # 31) be and is hereby GRANTED to the extent that both defendants shall have until November 13, 2006, to file pretrial motions. In all other respects, the motion be and is hereby DENIED as moot.

Done this 9th day of November, 2006.

　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE