IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON | ) | |

**ORDER**

For good cause, it is

ORDERED that the United States Marshal shall produce the defendant for the pretrial conference set on November 13, 2006 at 9:00 a.m. in Courtroom 5B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 9th day of November, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE