| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 13, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 9:00 - 9:05 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:**   2:06-cr-00223-MEF-VPM | **DEFENDANT(S)** Adam Lamar Robinson, Karen Kilgo Robinson |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | |
| | * Tommy Goggans (Adam Robinson) | |
| | * Richard Keith (Karen Robinson) | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
   Complete - No problems

❒ **PENDING MOTION STATUS:**
   Motions to suppress pending
   Motion for reconsideration of electronic monitoring & request for jail visitation pending as to defendant Karen Robinson

❒ **PLEA STATUS:**
   No plea discussions - probable trial as to both defendants
   Notice of intent to change plea to be filed on or before noon on February 28, 2007

❒ **TRIAL STATUS**
   Trial time - 2-3 days

❒ **REMARKS:**
   Government opposes removing electronic monitoring.
   Government has no problems with jail visitation