IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr223-MEF |
| | ) |
| ADAM ROBINSON | ) |

**MOTION FOR RELEASE OF DEFENDANT ADAM LAMAR ROBINSON**

Comes now Defendant Adam Lamar Robinson and shows as follows:

1. Defendant Adam Lamar Robinson is currently detained in the Montgomery city jail.

2. On January 22, 2007, Defendant Adam Lamar Robinson's wife and co-defendant Karen Kilgo Robinson moved this Court to modify her conditions of release so that she might be at the hospital in Decatur, Alabama with her mother Sarah Kilgo. (Doc. 51). That motion was granted upon certain conditions. (Doc. 52).

3. It has been reported to the undersigned counsel that Defendant Adam Lamar Robinson's mother-in-law, Sarah Kilgo, is dying.

4. Defendant Adam Lamar Robinson and his wife and co-defendant Karen Kilgo Robinson desire to be with each other during this time.

5. The undersigned counsel has discussed this matter with Assistant United States Attorney Verne H. Speirs. Mr. Speirs opposes Defendant Adam Lamar Robinson's release.

ACCORDINGLY, Defendant Adam Lamar Robinson moves this Court to enter an order to facilitating his release upon conditions deemed appropriate by the Court so that he can be with his wife in Decatur, Alabama.

2

        **s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Adam Lamar Robinson

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 13th day of January, 2007 electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: Verne H. Speirs, John T. Harmon, and Richard K. Keith.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Adam Lamar Robinson