IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON | ) | |

UNITED STATES RESPONSE IN OPPOSITION TO MOTION
FOR RELEASE OF DEFENDANT ADAM LAMAR ROBINSON

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby requests that this Honorable Court deny Defendant's motion for release. As grounds in support of this response, the United States sets forth the following:

FACTS

Suffering multiple felony convictions, Adam Robinson is charged with the illegal or unauthorized possession of eleven firearms, four firearm silencers[1], two pipe bombs[2], and two improvised explosive devices.[3]

---

[1] According to the evidence, three of these silencers were home-made and designed to attach to firearms located in the Robinson home.

[2] According to the evidence taken at Adam Robinson's detention hearing, these pipe bombs had a blast radius of 850 feet and at least one of the pipe bombs was packed with explosives and 3/8 inch steel hunting shot intended as shrapnel. ABI Bomb Technician Al Maddox testified before Judge McPherson and explained that anyone within the blast radius of these devises would likely be killed.

[3] According to the evidence taken at Adam Robinson's detention hearing, these improvised explosive devices were packed with explosives and shrapnel. In addition, these items were fashioned from 37mm flair shells and designed to be fired from a 37mm flair gun essentially creating a 37mm shotgun.

On October 2, 2006, a detention hearing was held before the Honorable Vanzetta Penn McPherson. During this hearing, the United States elicited testimony regarding Robinson's danger to the community. Notably, the United States elicited testimony from Alabama Bureau of Investigation Bomb Technician, Al Maddox. According to Mr. Maddox, the destructive devices found in Mr. Robinson's possession were sophisticated explosive devices requiring a degree of technical proficiency not commonly found. Disturbingly, Mr. Maddox classified some of Robinson's destructive devices (those containing shrapnel) as "anti-personnel" devices. Apparently, such devices are specifically designed to inflict maximum injury or loss of life.

During the hearing, Judge McPherson specifically examined Mr. Maddox regarding the length of time necessary to build one of Robinson's destructive devices and the ability to easily conceal such a device. According to Mr. Maddox, a technically proficient individual with the proper components would be able to construct a similar anti-personnel improvised explosive device in a matter of hours. Moreover, once such a device has been created, it is easily concealed and could be fashioned for remote detonation. Considering this testimony, Judge McPherson found that no combination of conditions could be fashioned to reasonably assure the safety of the community from Adam Robinson.

Compounding the aforementioned evidence, Adam Robinson has previously been convicted of violent felony offenses. Specifically, he has twice been convicted of burglary. Based upon disturbing evidence of Robinson's affinity for improvised explosive devices, silencers, and firearms and his history of violent felony offenses, the United States ardently opposes Robinson's release from custody. Although the United States sympathizes with the loss of a family member, the safety of the community outweighs Robinson's circumstances.

For the reasons stated above, the defendant's motion should be DENIED.

Respectfully submitted this 13th day of February, 2007.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/ Verne H. Speirs
>VERNE H. SPEIRS
>Assistant United States Attorney
>1 Court Square, Suite 201
>Montgomery, Alabama 36104
>(334) 223-7280
>(334) 223-7135 Fax
>verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr223-MEF |
| | ) |
| ADAM LAMAR ROBINSON | ) |

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Thomas M. Goggans.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov