IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06cr223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON | ) | |

### **ORDER ON MOTION**

On February 13, 2007, Defendant Adam Lamar Robinson, filed a Motion for Release from Custody (Doc. # 53). The Government filed a response opposing the motion (Doc. #54). Upon consideration of the motion, it is

ORDERED that the motion is DENIED based on the evidence presented during the detention hearing, which established by a preponderance that Defendant had the means and the apparent desire to create explosive devices in his home. The Court found that Defendant posed a substantial and life-endangering menace to society and that there were no conditions or combination of conditions which would reasonably guarantee the safety of the community or Defendant himself (Doc. #34). The Court continues to find Defendant poses a substantial and life-endangering risk to society and himself.

DONE this 14th day of February, 2007.

                                        <u>/s/ Wallace Capel, Jr.</u>
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE