**COURTROOM DEPUTY'S MINUTES**                               **DATE:** 2/16/07

**MIDDLE DISTRICT OF ALABAMA**                               Digital Recording: 9:11 - 9:13

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. WALLACE CAPEL, JR.**   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   2:06cr223-MEF                **DEFENDANT(S):** Adam Lamar Robinson
                                                                 Karen Kilgo Robinson

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | Tommy Goggans (Adam Robinson) |
| Todd Brown | * | Richard Kelly (Karen Kilgo Robinson) |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**           Complete

☐ **PENDING MOTION STATUS:** Karen Robinson - #38 Motion to Suppress Search
                                                Adam Robinson - #40 Motion to Suppress Search

☐ **PLEA STATUS:**               Likely Trial

☐ **TRIAL STATUS**               3/12/07 Trial Term
                                 3-4 Days for Trial

☐ **REMARKS:**
   **Atty. Goggans may have an issue with scheduling for 3/13/07; He will try a murder case
   in State Court on that date.**