IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr223-MEF |
| | ) |
| ADAM LAMAR ROBINSON | ) |

**DEFENDANT ADAM LAMAR ROBINSON'S
UNOPPOSED MOTION TO CONTINUE**

Comes now Defendant Adam Lamar Robinson, by and through counsel, and shows as follows:

1. Defendant Adam Lamar Robinson is charged in this case with violations of 18 U.S.C. § 922(g)(1) and 26 U.S.C. §§ 5841, 5861(d) and 5871.

2. Defendant Robinson filed a motion to suppress on November 6, 2006. An evidentiary hearing on that motion was conducted on January 16, 2007. The recommendation on that motion was filed on February 21, 2007. Objections to that recommendation are due to be filed on March 6, 2007.

3. This case is on this Court's March 12, 2007 trial docket.

4. Defendant Adam Lamar Robinson and the United States of America are in plea negotiations. These negotiations will impact the case of co-defendant Karen Kilgo Robinson. Additional time is needed for Defendant Adam Lamar Robinson and the United States of America to complete the negotiations and avoid final trial preparations for a trial that now appears most likely will not come to pass.

5. Counsel for Defendant Adam Lamar Robinson has discussed this matter with Richard K. Keith, counsel for co-defendant Karen Kilgo Robinson, and Verne H. Speirs,

1

2

counsel for the United States of America.  Neither Mr. Keith nor Mr. Spiers opposes continuing the trial of this case under these circumstances.

WHEREFORE, Defendant Adam Lamar Robinson moves this Court to continue this case to the April 23, 2007 trial term.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Adam Lamar Robinson

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr223-MEF |
| | ) |
| ADAM LAMAR ROBINSON | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 21st day of February, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: Verne H. Speirs, John T. Harmon, and Richard K. Keith.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Adam Lamar Robinson

3