IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr223-MEF |
| | ) |
| ADAM LAMAR ROBINSON | ) |

**DEFENDANT ADAM LAMAR ROBINSON'S
UNOPPOSED MOTION FOR THREE DAY EXTENSION
OF TIME TO FILE OBJECTIONS TO RECOMMENDATION**

Comes now Defendant Adam Lamar Robinson, by and through counsel, and shows as follows:

1. The recommendation on Defendant Adam Lamar Robinson's motion to suppress was filed on February 21, 2007. Objections to the recommendation are due on this date. (This case is set for trial on July 9, 2007.)

2. Since February 21, 2007, the undersigned counsel has been tied down by court proceedings and preparations in other cases. The undersigned counsel needs some additional time to complete objections to the recommendation in this case.

3. Counsel for Defendant Adam Lamar Robinson has discussed this matter with Verne H. Speirs, counsel for the United States of America. Mr. Speirs does not oppose an extension until March 9, 2007 for Defendant Adam Lamar Robinson to file any objections to the recommendation.

WHEREFORE, Defendant Adam Lamar Robinson moves this Court to allow him until March 9, 2007 within which to file objections to the Recommendation on his motion to suppress.

1

2

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Adam Lamar Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr223-MEF |
| | ) |
| ADAM LAMAR ROBINSON | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 6th day of March, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: Verne H. Speirs, John T. Harmon, and Richard K. Keith.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Adam Lamar Robinson

3