IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON, | ) | |
| | ) | |

**ORDER ON MOTION**

On March 6, 2007, Defendant filed an Unopposed Motion for a Three-Day Extension of Time to file Objections to a recommendation entered by the Undersigned Magistrate Judge. (Doc. #66). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. #66) is GRANTED. Accordingly, Defendant is granted a three-day extension until March 9, 2007, to file objections in this matter.

The Clerk of Court is DIRECTED to forward copies of this order to counsel of record via facsimile.

DONE this 6th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE