IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:06-cr-223-MEF |
| ADAM LAMAR ROBINSON ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody ADAM LAMAR ROBINSON, into the custody of ATF Special Agents Tim Fitzpatrick, Theron Jackson, Jennifer Rudden and/or Will Panoke, on May 10, 2007, through August 31, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Tim Fitzpatrick, Theron Jackson, Jennifer Rudden and/or Will Panoke to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 8th day of May, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
|           ) | |
|     v.       ) | |
|           )  CR. NO.   2:06-cr-223-MEF   | |
| ADAM LAMAR ROBINSON    ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas M. Goggans, Esquire.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280    Fax: (334)223-7135
    E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ADAM LAMAR ROBINSON ) | CR. NO.  2:06-cr-223-MEF  |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on May 8, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of ADAM LAMAR ROBINSON to ATF Special Agents Tim Fitzpatrick, Theron Jackson, Jennifer Rudden and/or Will Panoke, on May 10, 2007, through August 31, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is also ORDERED that Special Agents Tim Fitzpatrick, Theron Jackson, Jennifer Rudden and/or Will Panoke shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE