IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:06cr223-MEF |
| ADAM LAMAR ROBINSON ) | |

## ORDER ON MOTION

Upon consideration of the Government's motion for release of prisoner (Doc. # 77), filed on May 8, 2007, and for good cause, it is

ORDERED that the motion is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of ADAM LAMAR ROBINSON (Robinson) to ATF Special Agents Tim Fitzpatrick, Theron Jackson, Jennifer Rudden and/or Will Panoke, on May 10, 2007, through August 31, 2007, so that said agents can take Robinson into custody without the necessity of the presence of a Deputy United States Marshal. It is further

ORDERED that Special Agents Tim Fitzpatrick, Theron Jackson, Jennifer Rudden and/or Will Panoke shall return Robinson into the custody of the United States Marshals Service when they have finished with him.

DONE this the 9th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE