IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr223-MEF |
| | ) |
| ADAM LAMAR ROBINSON | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now Thomas M. Goggans and moves to withdraw as counsel for Defendant Adam Lamar Robinson on the ground that on this date he received a letter from Defendant Adam Lamar Robinson stating that he no longer needed or wanted him as his attorney.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Adam Lamar Robinson

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr223-MEF |
| | ) |
| ADAM LAMAR ROBINSON | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 31st day of May, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: Verne H. Speirs, John T. Harmon, and Richard K. Keith and that I have also placed a copy of the same in the United States mail postage prepaid and properly addressed to Defendant Adam Lamar Robinson at City Jail, P.O. Box 159, Montgomery AL 36101.

    **s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Adam Lamar Robinson