IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON | ) | |

## **ORDER**

On May 31, 2007, Attorney Thomas M. Goggans, counsel for the defendant Adam Lamar Robinson, filed a Motion to Withdraw as Counsel (Doc. #81). For good cause;

It is ORDERED that a hearing is hereby set on the motion for Friday, June 8, 2007 at 9:00 a.m., in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERD that the person or persons having custody of the defendant shall produce him for said hearing.

DONE this 5th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE