IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:06cr223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON | ) | |

**SUBMISSION OF PROPOSED ORDER**

Comes now Thomas M. Goggans and submits the attached proposed order on his

motion to withdraw as counsel.  (Doc. # 81).

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
VS.                             )  CASE NO. 2:06cr223-MEF
                                )
ADAM LAMAR ROBINSON             )

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this the 8th day of June, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: Verne H. Speirs, John T. Harmon, and Richard K. Keith.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
VS.                             )  CASE NO. 2:06cr223-MEF
                                )
ADAM LAMAR ROBINSON             )

**ORDER**

Upon consideration of the defendant's attorney's motion to withdraw (Doc. # 81),

filed on May 31, 2007, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED, as discussed at the

hearing held on June 8, 2007.

As discussed at the hearing held on June 8, 2007, it is further ORDERED that a

CJA panel attorney be appointed to represent the defendant for all further proceedings.

The CJA panel attorney shall file a written notice of appearance with this Court.

DONE, this the ____ day of June, 2007.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE