IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | CASE NO. 2:06-CR-223-MEF |
| ) | |
| ADAM LAMAR ROBINSON, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Upon consideration of the *Motion to Withdraw as Attorney* (doc. #81) filed by Attorney Thomas M. Goggans, it is

**ORDERED** that the motion to withdraw be and is hereby **GRANTED**.

Defendant is also found eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

**ORDERED** that a CJA Panel Attorney be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this court.

Done this 8th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE