**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **CASE NO: 2:06-cr-00223-MEF** |
| | ) | |
| **ADAM LAMAR ROBINSON** | ) | |
| | ) | |
| **Defendant** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** Everett M. Urech, federal panel attorney, and enters his appearance as appointed counsel in behalf of the Defendant, replacing Mr. Thomas M. Goggans, who has filed a Motion to Withdraw.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  Verne J. Speirs and John T. Harmon, Assistant United States Attorneys, Richard K. Keith, Thomas M. Goggans, and the Defendant, Adam Lamar Robinson.

s/Everett M. Urech
EVERETT M. URECH