IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | **CASE NO: 2:06-cr-00223-MEF** |
| ) | |
| **ADAM LAMAR ROBINSON** ) | |
| ) | |
| **Defendant** ) | |

### DEFENDANT'S MOTION FOR A CONTINUANCE

**COMES NOW** the Defendant, Adam Lamar Robinson, through his counsel of record, and moves for a continuance in this case. Present counsel only recently was assigned to the case and counsel needs at least 30 additional days to prepare the case. The case is now scheduled for trial on July 9th. The Assistant United States Attorney assigned to the case has no objection to the request.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne J. Speirs and John T. Harmon, Assistant United States Attorneys, Richard K. Keith, and the Defendant, Adam Lamar Robinson.

                                    s/Everett M. Urech
                                    EVERETT M. URECH