IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-223-MEF |
| | ) | (WO) |
| ADAM LAMAR ROBINSON | ) | |

## **O R D E R**

Upon consideration of defendant's Motion for a Continuance (Doc. #99) filed on June 18, 2007, it is hereby

ORDERED that the co-defendant Karen Kilgo Robinson show cause in writing on or before June27, 2007 as to why the motion should not be granted.

DONE this the 20th day of June, 2007.

                                            /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE