IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
    )
v.    )    CASE NO. : 2:06cr223-MEF
    )
**ADAM LAMAR ROBINSON**
**KAREN KILGO ROBINSON**

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from July 9, 2007, to October 15, 2007, and for good cause, it is

ORDERED that counsel for the parties shall appear for a pretrial conference on September 14, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 20th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE