# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | **CASE NO: 2:06-cr-00223-MEF** |
| ) | |
| **ADAM LAMAR ROBINSON** ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, ADAM LAMAR ROBINSON, through his counsel of record, and gives notice of his intent to change his plea to one of guilty and gives notice of his desire to enter such plea before a U.S. Magistrate Judge, instead of a U.S. District Court Judge.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne J. Speirs and John T. Harmon, Assistant United States Attorneys, Richard K. Keith, Attorney at Law, and the Defendant, Adam Lamar Robinson.

                                            s/Everett M. Urech
                                            EVERETT M. URECH