IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:06cr223-MEF |
| v. ) | |
| ) | |
| ADAM LAMAR ROBINSON ) | |

## ORDER

Defendant, ADAM LAMAR ROBINSON, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that Defendant, ADAM LAMAR ROBINSON, appear with counsel before the undersigned Magistrate Judge on July 25, 2007, at 9:30 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce Defendant for this proceeding.

DONE this 24th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE