IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR CASE NO.:2:06cr223-MEF |
| ) | |
| ADAM LAMAR ROBINSON ) | |
| KAREN KILGO ROBINSON | |

## ORDER

For good cause, it is

ORDERED that the pretrial conference currently set for September 14, 2007 is canceled.

DONE this 20th day of August 2007.

/s/ Wallace Capel , Jr.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE