IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Add Publication Dates to Record (Doc. #123) filed on November 2, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 5th day of November, 2007.

        /s/ Mark E. Fuller
        CHIEF UNITED STATES DISTRICT JUDGE