IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
          v.                   )       CR. NO. 2:06cr223-MEF
                               )
ADAM LAMAR ROBINSON            )

UNITED STATES OF AMERICA'S MOTION
FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on August 13, 2007, this Court entered a Preliminary Order of Forfeiture ordering defendant Adam Lamar Robinson to forfeit the following firearms to the United States:

a)  Norinco, model Mak-90, 7.62mm rifle, bearing serial number 53074;

b)  Mossberg, 28 Inch Accu-Choke 12 gauge shotgun, bearing serial number L071845;

c)  Lorcin, model L-380, .380 caliber pistol, bearing serial number 033079;

d)  Remington, model 510, .22 caliber rifle, no serial number;

e)  Marlin, model 110M, .22 caliber rifle, bearing serial number 72430804;

f)  Ithaca, 12 gauge shotgun, bearing serial number 191691;

g)  Mossberg, model 500 AG, 12 gauge shotgun, bearing serial number J190660;

h)  Marlin, model 60W, .22 caliber rifle, bearing serial number 04249700;

i)    Smith and Wesson, model 442, .38 caliber revolver,
      bearing serial number BUA1311; and,

j)    SWD Derringer, model DD45, .45 caliber firearm, no
      serial number.

That notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms was published in the Montgomery Independent newspaper on October 18, 25 and November 1, 2007; and,

That no petitions of interest were filed within that thirty-day period.   Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Defense counsel does not oppose entry of a Final Order of Forfeiture.

Respectfully submitted this 5th day of December, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
          v.                      )     CR. NO. 2:06cr223-MEF
                                  )
ADAM LAMAR ROBINSON               )

<u>FINAL ORDER OF FORFEITURE</u>

WHEREAS, on August 13, 2007, this Court entered a Preliminary

Order of Forfeiture, ordering defendant Adam Lamar Robinson to

forfeit the following firearms:

a)   Norinco, model Mak-90, 7.62mm rifle, bearing serial number 53074;

b)   Mossberg, 28 Inch Accu-Choke 12 gauge shotgun, bearing serial number L071845;

c)   Lorcin, model L-380, .380 caliber pistol, bearing serial number 033079;

d)   Remington, model 510, .22 caliber rifle, no serial number;

e)   Marlin, model 110M, .22 caliber rifle, bearing serial number 72430804;

f)   Ithaca, 12 gauge shotgun, bearing serial number 191691;

g)   Mossberg, model 500 AG, 12 gauge shotgun, bearing serial number J190660;

h)   Marlin, model 60W, .22 caliber rifle, bearing serial number 04249700;

i)   Smith and Wesson, model 442, .38 caliber revolver, bearing serial number BUA1311; and,

j)   SWD Derringer, model DD45, .45 caliber firearm, no serial number.

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and,

The Court finds that defendant Adam Lamar Robinson had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

      a)    Norinco, model Mak-90, 7.62mm rifle, bearing serial number 53074;

      b)    Mossberg, 28 Inch Accu-Choke 12 gauge shotgun, bearing serial number L071845;

      c)    Lorcin, model L-380, .380 caliber pistol, bearing serial number 033079;

      d)    Remington, model 510, .22 caliber rifle, no serial number;

      e)    Marlin, model 110M, .22 caliber rifle, bearing serial number 72430804;

      f)    Ithaca, 12 gauge shotgun, bearing serial number 191691;

      g)    Mossberg, model 500 AG, 12 gauge shotgun, bearing serial number J190660;

      h)    Marlin, model 60W, .22 caliber rifle, bearing serial number 04249700;

      i)    Smith and Wesson, model 442, .38 caliber revolver, bearing serial number BUA1311; and,

      j)    SWD Derringer, model DD45, .45 caliber firearm, no serial number.

2.    All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3.    The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4.    The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE