IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-223-MEF |
| | ) | |
| ADAM LAMAR ROBINSON | ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 13, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Adam Lamar Robinson to forfeit the following firearms:

a) Norinco, model Mak-90, 7.62mm rifle, bearing serial number 53074;

b) Mossberg, 28 Inch Accu-Choke 12 gauge shotgun, bearing serial number L071845;

c) Lorcin, model L-380, .380 caliber pistol, bearing serial number 033079;

d) Remington, model 510, .22 caliber rifle, no serial number;

e) Marlin, model 110M, .22 caliber rifle, bearing serial number 72430804;

f) Ithaca, 12 gauge shotgun, bearing serial number 191691;

g) Mossberg, model 500 AG, 12 gauge shotgun, bearing serial number J190660;

h) Marlin, model 60W, .22 caliber rifle, bearing serial number 04249700;

i) Smith and Wesson, model 442, .38 caliber revolver, bearing serial number BUA1311; and,

j) SWD Derringer, model DD45, .45 caliber firearm, no serial number.

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further

notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and,

The Court finds that defendant Adam Lamar Robinson had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  The following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

   a)   Norinco, model Mak-90, 7.62mm rifle, bearing serial number 53074;

   b)   Mossberg, 28 Inch Accu-Choke 12 gauge shotgun, bearing serial number L071845;

   c)   Lorcin, model L-380, .380 caliber pistol, bearing serial number 033079;

   d)   Remington, model 510, .22 caliber rifle, no serial number;

   e)   Marlin, model 110M, .22 caliber rifle, bearing serial number 72430804;

   f)   Ithaca, 12 gauge shotgun, bearing serial number 191691;

   g)   Mossberg, model 500 AG, 12 gauge shotgun, bearing serial number J190660;

   h)   Marlin, model 60W, .22 caliber rifle, bearing serial number 04249700;

      i)      Smith and Wesson, model 442, .38 caliber revolver, bearing serial number BUA1311; and,

      j)      SWD Derringer, model DD45, .45 caliber firearm, no serial number.

2. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

5. The United States of America's Motion for a Final Order of Forfeiture (Doc. # 132) is GRANTED.

SO ORDERED this the 7th day of December, 2007.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE