Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

December 20, 2007

**Appeal Number: 07-15480-B**
Case Style: USA v. Adam Lamar Robinson
District Court Number: 06-00223 CR-F-N

TO: Verne H. Speirs

CC: Everett M. Urech

CC: Debra P. Hackett

CC: Leura Garrett Canary

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 20, 2007

Verne H. Speirs
U.S. Attorney's Office
1 COURT SQ STE 201
MONTGOMERY AL 36104-3538

**Appeal Number: 07-15480-B**
Case Style: USA v. Adam Lamar Robinson
District Court Number: 06-00223 CR-F-N

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS OF THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. See 11th Cir. R. 12-1 and 31-1.

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carolyn Magers (404) 335-6181

c: District Court Clerk

DIS-1 (11-2007)