Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 15, 2008

**Appeal Number: 07-15480-BB**
Case Style: USA v. Adam Lamar Robinson
District Court Number: 06-00223 CR-F-N

TO:   Debra P. Hackett

CC:   Verne H. Speirs

CC:   Everett M. Urech

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 15, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15480-BB**
Case Style: USA v. Adam Lamar Robinson
District Court Number: 06-00223 CR-F-N

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jan Camp (404) 335-6171

Encl.

DIS-4 (3-2005)

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 15, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-15480-BB**
Case Style: USA v. Adam Lamar Robinson
District Court Number: 06-00223 CR-F-N

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jan Camp (404) 335-6171

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15480-BB

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 1 5 2008

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

ADAM LAMAR ROBINSON,

Defendant-Appellee.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

BEFORE:   TJOFLAT and BLACK, Circuit Judges.

BY THE COURT:

Appellant's motion to dismiss this appeal with prejudice, with the parties to bear their own costs, is GRANTED.

A True Copy Attested
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia